IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CRYSTAL L. COX : CIVIL ACTION
:
v. :
:
JORDAN RUSHIE, et al. : NO. 13-3028

FILED
JUN 06 2013
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

O R D E R

AND NOW, this 5th day of June, 2013, having considered plaintiff's unsigned complaint and motion to proceed in forma pauperis, and plaintiff having filed a complaint which fails to conform to the filing requirements of Rule 8(a) of the Federal Rules of Civil Procedure, it is **ORDERED** as follows:

1. Leave to proceed in forma pauperis is **GRANTED**.

2. Plaintiff's complaint is DISMISSED pursuant to 28 U.S.C. § 1915(e), with leave to file an amended complaint within thirty (30) days of the date of this Order. In her amended complaint, plaintiff shall not attempt to litigate claims that she has raised in other cases that she filed in Federal Court. She shall limit her claims to those in which this Court has venue pursuant to 28 U.S.C. § 1391(b), and she shall state as clearly and briefly as possible: (1) the basis for Federal Court jurisdiction, and (2) how each of the defendants, named in the caption of her complaint, is involved in her claims. Furthermore, her amended complaint shall not contain any legal arguments, definitions or excerpts from correspondence. Upon the filing of an amendment, the Clerk shall not make service until so ORDERED by the Court.

3. Plaintiff's request to file electronically is **DENIED**.

4. This case shall be marked **CLOSED** statistically.

BY THE COURT:

*Joel Slomsky*
JOEL H. SLOMSKY, J.